Kyle A. Sturm, OSB No. 080214
kyle@foremansturm.com
Nicholas A. Thede, OSB No. 075460
nick@foremansturm.com
Foreman Sturm & Thede LLP
P.O. Box 13092
Portland, OR 97213
T: 503.206.5824

Nickolaus Gower, OSB No. 143274
nick@taylortapper.com
Taylor & Tapper
400 E 2nd Avenue, Suite 103
Eugene, OR 97401
T: 541.485.1511
F: 541.246.2424

Attorneys for FHC, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **PROBUILDERS SPECIALTY INSURANCE COMPANY RRG,** a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>**PHOENIX CONTRACTING, INC.,** an Oregon corporation, and **FHC, LLC,** an Oregon limited liability corporation,<br><br>Defendants. | Case No. 6:16-cv-00601-AA<br><br>**ORDER OF DISMISSAL OF THIRD-PARTY DEFENDANT LIBERTY SURPLUS INSURANCE CORPORATION** |

Page 1   ORDER OF DISMISSAL OF THIRD-PARTY DEFENDANT LIBERTY SURPLUS INSURANCE CORPORATION

FHC, LLC, an Oregon limited liability corporation,

    Third-Party Plaintiff,

v.

LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation, and CENTURY SURETY COMPANY, an Ohio corporation,

    Third-Party Defendants.

THIS MATTER having come before the Court upon the stipulation of defendant/third-party plaintiff FHC, LLC and third-party defendant Liberty Surplus Insurance Corporation for an Order dismissing FHC's claims against Liberty with prejudice and without costs or attorney fees to any party. Based on the stipulation of the parties, the Stipulated Motion to Dismiss Third-Party Defendant Liberty Surplus Insurance Corporation is hereby GRANTED.

The claims by FHC, LLC against Liberty Surplus Insurance Corporation are dismissed with prejudice and without costs or attorney fees to any party.

**IT IS SO ORDERED.**

DATED this 31 day of August, 2017.

_____
The Honorable Ann L. Aiken
United States District Court Judge