**Kyle A. Sturm, OSB No. 080214**
kyle@foremansturm.com
**Nicholas A. Thede, OSB No. 075460**
nick@foremansturm.com
Foreman Sturm & Thede LLP
P.O. Box 13092
Portland, OR 97213
T: 503.206.5824

**Nickolaus Gower, OSB No. 143274**
nick@taylortapper.com
Taylor & Tapper
400 E 2nd Avenue, Suite 103
Eugene, OR 97401
T: 541.485.1511
F: 541.246.2424

Attorneys for FHC, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **PROBUILDERS SPECIALTY INSURANCE COMPANY RRG,** a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>**PHOENIX CONTRACTING, INC.,** an Oregon corporation, and **FHC, LLC,** an Oregon limited liability corporation,<br><br>Defendants. | Case No. 6:16-cv-00601-AA<br><br>**ORDER OF DISMISSAL OF THIRD-PARTY DEFENDANT CENTURY SURETY COMPANY** |

Page 1  ORDER OF DISMISSAL OF THIRD-PARTY DEFENDANT CENTURY SURETY COMPANY

FHC, LLC, an Oregon limited liability corporation,

    Third-Party Plaintiff,

v.

LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation, and CENTURY SURETY COMPANY, an Ohio corporation,

    Third-Party Defendants.

THIS MATTER having come before the Court upon the stipulation of defendant/third-party plaintiff FHC, LLC and third-party defendant Century Surety Company for an Order dismissing FHC's claims against Century with prejudice and without costs or attorney fees to any party. Based on the stipulation of the parties, the Stipulated Motion to Dismiss Third-Party Defendant Century Surety Company is hereby GRANTED.

The claims by FHC, LLC against Century Surety Company are dismissed with prejudice and without costs or attorney fees to any party.

**IT IS SO ORDERED.**

DATED this 21 day of September 2017.

                                                      The Honorable Ann L. Aiken
                                                    United States District Court Judge